# IN THE UNITED STATES BANRUPTCY COURT
# DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | CASE: 13-07014 ESL |
| | * | |
| SONIA DE LA ROSA FELIX | * | |
| | * | CHAPTER 13 |
| Debtor (s) | * | |

## NOTICE OF AMENDMENT OF PAYMENT PLAN

### TO THE HONORABLE COURT:

**COMES NOW** debtor through her legal representation and very respectfully states as follows:

1. That debtor filed for relief under Chapter 13 of the Bankruptcy Code on August 28th, 2013.

2. Debtor is amending payment plan to provide future Income Tax Refund.

3. Attached to this notice, debtors respectfully submits amended payment plan.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY:** On this same date I have filed this motion electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee and that we have sent copy of this document through regular mail to all non CM/ECF participants interested parties to their address of record.

In Juncos, Puerto Rico this 23rd day of January of 2014.

ADELA L TORRUELLA LAW OFFICE, PSC
PO BOX 4040 SUITE 305
JUNCOS, PR 00777
Tel: (787)713-1892
Fax: (787)561-3601
adela4za@yahoo.com

ELECTRONICALLY FILED
S/ Adela L Torruella,
USDC- PR 200203

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:  Case No. **3:13-bk-7014**

**DE LA ROSA FELIX, SONIA**  Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: **1/23/2014**
Filed by: ☐ Debtor ☐ Trustee ☑ Other

### I. PAYMENT PLAN SCHEDULE

$ **150.00** x **50** = $ **7,500.00**
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___

TOTAL: $ **7,500.00**

Additional Payments:
$ ___ to be paid as a LUMP SUM within ___ with proceeds to come from:

☐ Sale of Property identified as follows:
___

☐ Other:
___

Periodic Payments to be made other than, and in addition to the above:
$ ___ x ___ = $ ___

PROPOSED BASE: $ **7,500.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,931.00**

Signed: **/s/ SONIA DE LA ROSA FELIX**
Debtor

___
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ ___
B. SECURED CLAIMS:
☑ Debtor represents no secured claims.
☐ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___
$ ___ $ ___ $ ___
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___
$ ___ $ ___ $ ___
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___
$ ___ $ ___ $ ___
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
___
5. ☐ Other:
___
6. ☐ Debtor otherwise maintains regular payments directly to:
___
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ___
☐ Paid 100% / ☐ Other: ___
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___
$ ___ $ ___ $ ___
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**TRUSTEE WILL PAY ATTORNEYS FEES FIRST AFTER THE CONFIRMATION OF PLAN.**

**ANY POST PETITION TAX REFUND THAT THE DEBTORS WOULD BE ENTILTED TO RECEIVE DURING THE TERM OF THE PLAN WILL BE USED TO FUND THIS PLAN. AFTER ITS CONFIRMATION, AND WITHOUT FURTHER NOTICE, HEARING OR COURT ORDER, THE PLAN SHALL BE DEEMED MODIFIED BY INCREMENTS TO ITS BASE, IN AMOUNT EQUAL TO THE AMOUNT OF EACH INCOME TAX REFUND.**

Attorney for Debtor **Adela L. Torruella**  Phone: **(787) 713-1892**

CHAPTER 13 PAYMENT PLAN

DE LA ROSA FELIX SONIA
HC 05 BOX 4771
LAS PIEDRAS PR 00771

WALMART
PO BOX 530927
ATLANTA GA 30353-0927

ADELA L TORRUELLA
PO BOX 4040 SUITE 305
JUNCOS PR 00777

BANCO POPULAR DE PR
PO BOX 362708
SAN JUAN PR 00936-2708

HOME DEPOT
PO BOX 790393
ST LOUIS MO 63179

ISLAND FINANCE
PO BOX 195369
SAN JUAN PR 00919-5369

PEP BOYS
PO BOX 960061
ORLANDO FL 32896-0061

PR ACQUISITIONS LLC
2877 PARADISE RD UNIT 303
LAS VEGAS NV 89109-5239

RODRIGUEZ FERNANDEZ LAW OFFICES
PSC
PO BOX 71418
SAN JUAN PR 00936-8518

SAMS CLUB
GECRB
PO BOX 530942
ATLANTA GA 30353-0942

SEARS
PO BOX 6286
SIOUX FALLS SD 57117